OPINION — AG — **** LEGISLATORS — RETIREMENT SYSTEM — CONTRIBUTIONS **** THE BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM MAY REQUIRE ADDITIONAL CONTRIBUTIONS, AS CALCULATED BY THE SYSTEM ACTUARY, FROM A MEMBER OF THE LEGISLATURE IN ORDER TO FUND THE MINIMUM RETIREMENT BENEFITS PROVIDED BY 74 O.S. 1968 Supp., 913 [74-913](C) CITE: ARTICLE X, SECTION 15 (GARY GLASGOW)